792    COURT OF ERRORS AND APPEALS.

State v. Carroll.    State v. DiBenedetto.    *83 N. J. L.*

THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
JOHN H. CARROLL, PLAINTIFF IN ERROR.

Submitted July 8, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 227.

---

THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
JOSEPH DiBENEDETTO, PLAINTIFF IN ERROR.

Argued June 25, 1912—Decided November 18, 1912.

On error to the Supreme Court, whose opinion is reported
in 53 *Vroom* 168.

For the plaintiff in error, *Fort & Fort* and *Philip J.
Schotland.*

For the defendant in error, *Wilbur A. Mott,* prosecutor of the pleas.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, WHITE, TREACY, JJ.   12.

*For reversal*—None.